# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4839
_____

MAURICE JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

October 17, 2019


PER CURIAM.

AFFIRMED.

WOLF, B.L. THOMAS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Maurice Johnson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.